# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

JEROME EUGENE TODD,

    Petitioner,

v.                                                   CASE NO. 5:13-cv-00160-MP-EMT

N C ENGLISH,

    Respondent.

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated June 5, 2013. (Doc. 14). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted because petitioner may not use 28 U.S.C. § 2241 to challenge his conviction and sentence. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order. The petition is dismissed with prejudice.

    2.     Additionally, the motions at Doc. 11, 17, 20, 21 and 23 are without merit and are denied.

    **DONE AND ORDERED** this _8th_ day of July, 2013

                                                _s/Maurice M. Paul_
                                                Maurice M. Paul, Senior District Judge